**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>(1) SHUREN QIN,<br>(2) LINKOCEAN TECHNOLOGIES, LTD.,<br>    and<br>(3) NORTHWESTERN<br>    POLYTECHNICIAL UNIVERSITY,<br><br>Defendants | CASE NO. 18-CR-10205-DJC |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned Assistant United States Attorney respectfully requests leave to withdraw his appearance in the above-captioned matter.  The undersigned had entered an appearance to participate only in limited proceedings before this Court.  Going forward, this matter will continue to be handled on behalf of the United States by Assistant United States Attorneys B. Stephanie Siegmann and Jason A. Casey.

WHEREFORE, the undersigned respectfully requests that the Court ALLOW this motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:    */s/ Scott L. Garland*
       Scott L. Garland
       Assistant U.S. Attorney

Dated: February 11, 2021

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document is being filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

/s/ *Scott L. Garland*
Scott L. Garland

Dated: February 11, 2021

- 2 -